# EXHIBIT 1

XYZ Corporation v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A

**1:25-cv-12095 SCHEDULE A**

| Defendant No. | Seller Name | Seller ID |
|---|---|---|
| 1 | **Weallere** | A3GO07AEDIAZTJ |
| 2 | **FLYENG** | A1FN80JIFM7KZE |
| 3 | **MoYunHai** | A3TW3X24T9BWT8 |