# EXHIBIT 2



US012324440B1

(12) **United States Patent**
Zheng

(10) **Patent No.:** US 12,324,440 B1
(45) **Date of Patent:** Jun. 10, 2025

(54) **AUTOMATIC SMOKER**

(71) Applicant: **Shaoyan Zheng**, Guangdong (CN)

(72) Inventor: **Shaoyan Zheng**, Guangdong (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/900,993**

(22) Filed: **Sep. 30, 2024**

(30) **Foreign Application Priority Data**

| Sep. 14, 2024 | (CN) | .......................... 202422265975.9 |
| Sep. 14, 2024 | (CN) | .......................... 202422266613.1 |

(51) **Int. Cl.**
  *A23B 4/052* (2006.01)
  *F23Q 3/00* (2006.01)
(52) **U.S. Cl.**
  CPC .............. *A23B 4/052* (2013.01); *F23Q 3/006* (2013.01)
(58) **Field of Classification Search**
  CPC ................................. F23Q 3/006; A23B 4/052
  USPC ....................................... 219/383
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,999,139 | A | * | 4/1935 | Mcdonald | ............... A24F 19/10 |
| | | | | | 219/268 |
| 2,023,400 | A | * | 12/1935 | Andrews | .................. F23Q 2/30 |
| | | | | | 431/328 |
| 2,123,779 | A | * | 7/1938 | Hite | ........................ A24F 15/10 |
| | | | | | 221/148 |
| 2,177,188 | A | * | 10/1939 | Pengilly | .................... F23Q 7/00 |
| | | | | | 221/202 |

| 2,866,924 | A | * | 12/1958 | Delpidio | ................... F23Q 7/00 |
| | | | | | 361/264 |
| 2,932,717 | A | * | 4/1960 | Beattie | ...................... F23Q 7/00 |
| | | | | | 219/266 |
| 3,258,003 | A | * | 6/1966 | Turner | ................. A23B 4/0523 |
| | | | | | 126/76 |
| 3,490,878 | A | * | 1/1970 | Russell | ................... A62B 21/00 |
| | | | | | 431/58 |
| 3,788,301 | A | * | 1/1974 | Terry | ...................... A01G 13/06 |
| | | | | | 126/59.5 |
| 3,915,145 | A | * | 10/1975 | Tomita | ...................... F24B 3/00 |
| | | | | | 126/25 B |
| 4,207,055 | A | * | 6/1980 | Tanaka | ...................... F23Q 2/30 |
| | | | | | 431/258 |
| 4,306,575 | A | * | 12/1981 | Minozzi, Jr. | ......... G08B 29/145 |
| | | | | | 417/406 |
| 4,342,902 | A | * | 8/1982 | Ping | .......................... F23Q 7/16 |
| | | | | | 219/268 |
| 5,473,979 | A | * | 12/1995 | Ruben | ................. A47J 37/0704 |
| | | | | | 126/25 R |
| 8,201,752 | B2 | * | 6/2012 | Brodbeck | .............. A61L 9/015 |
| | | | | | 239/45 |
| 8,227,728 | B2 | * | 7/2012 | Best | ................... A47J 37/0718 |
| | | | | | 392/416 |
| 9,746,194 | B2 | * | 8/2017 | Brodbeck | ........... A61M 16/109 |
| 10,641,501 | B2 | * | 5/2020 | Kim | ........................ F24F 13/02 |
| 10,842,161 | B2 | * | 11/2020 | Luther | ................... F23Q 13/00 |

(Continued)

*Primary Examiner* — Jimmy Chou

(57) **ABSTRACT**

An automatic smoker, which ignites a combustion medium placed in a combustion chamber by means of an automatic igniter. An ignition needle of the automatic igniter is positioned inside an air inlet port and extends into the combustion chamber, placing the ignition needle at an upwind position. When the ignition needle performs the ignition operation, air enters the combustion chamber through the air inlet hole, promoting the combustion of the combustion medium, thereby enabling the automatic igniter to ignite the combustion medium within the combustion chamber more easily and quickly.

**18 Claims, 22 Drawing Sheets**



**US 12,324,440 B1**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2009/0293892 A1* | 12/2009 | Williams | A24F 40/42 |
| | | | 131/194 |
| 2014/0261376 A1* | 9/2014 | Hofmann | F23Q 13/04 |
| | | | 126/25 B |
| 2015/0342400 A1* | 12/2015 | Hofmann | F23Q 7/14 |
| | | | 126/25 B |
| 2019/0045834 A1* | 2/2019 | Fuisz | A24B 15/24 |
| 2021/0007389 A1* | 1/2021 | Fuisz | A24B 15/241 |
| 2021/0227842 A1* | 7/2021 | Middleton | A21B 1/28 |
| 2021/0352923 A1* | 11/2021 | Li | A47J 37/0754 |
| 2022/0361543 A1* | 11/2022 | Middleton | A23L 27/27 |

* cited by examiner



FIG. 1

Case: 1:25-cv-12095 Document #: 20-2 Filed: 11/10/25 Page 5 of 33 PageID #:608



FIG. 2



FIG. 3



FIG. 4



FIG. 5

Case: 1:25-cv-12095 Document #: 20-2 Filed: 11/10/25 Page 9 of 33 PageID #:612



FIG. 6



A - A

FIG.  7

Case: 1:25-cv-12095 Document #: 20-2 Filed: 11/10/25 Page 11 of 33 PageID #:614



FIG. 8



FIG. 9



FIG. 10



FIG.   11



FIG. 12



FIG. 13



FIG. 14



FIG.   15

Case: 1:25-cv-12095 Document #: 20-2 Filed: 11/10/25 Page 19 of 33 PageID #:622



FIG. 16



FIG. 17



FIG.  18

Case: 1:25-cv-12095 Document #: 20-2 Filed: 11/10/25 Page 22 of 33 PageID #:625



FIG. 19



FIG. 20



FIG. 21

Case: 1:25-cv-12095 Document #: 20-2 Filed: 11/10/25 Page 25 of 33 PageID #:628



FIG. 22

US 12,324,440 B1

**1**

## AUTOMATIC SMOKER

### CROSS REFERENCE TO RELATED APPLICATIONS

This application claims priority benefits to Chinese Patent Application No. 2024222666131, filed on Sep. 14, 2024, and Chinese Patent Application No. 2024222659759, filed on Sep. 14, 2024, the contents of which are incorporated herein by reference.

### TECHNICAL FIELD

The present disclosure relates to the technical field of smokers, and in particular, to an automatic smoker.

### BACKGROUND

Smokers are primarily used to smoke food, ingredients, or beverages to give them a unique smoky flavor and enhance their appeal. Currently, smokers typically require placing a combustion medium in the combustion chamber and igniting it with an external heat source, which can be inconvenient to operate.

### SUMMARY

The embodiments of the present disclosure provide an automatic smoker, including: a smoker body; a pipe, having a combustion chamber, an inner wall of the combustion chamber being defined with a smoke outlet port; and a base, the pipe being arranged between the smoker body and the base, the smoker body and the base detachably assembled, and the smoker body and the base configured to secure the pipe therebetween during assembly. The smoker body includes: a casing, including a housing and a bottom cover, the housing having a mounting cavity, the bottom cover connected to one side of the housing close to the base, and the bottom cover defined with an air inlet hole; a thermal insulation cover, arranged on one side of the bottom cover away from the housing and connected to the bottom cover, the thermal insulation cover configured to open or close the combustion chamber, and the thermal insulation cover defined with an air inlet port; and an automatic igniter, arranged in the mounting cavity and connected to the bottom cover, the automatic igniter including an ignition needle, the ignition needle penetrating the bottom cover and being accommodated in the air inlet port, a gap being formed between the bottom cover and a side wall of the air inlet port, and the ignition needle extending into the combustion chamber and configured to ignite a combustion medium within the combustion chamber.

### BRIEF DESCRIPTION OF THE DRAWINGS

The description and drawings that constitute a part of the present disclosure are provided for a further understanding of the present disclosure. The illustrative embodiments and their descriptions are provided for explanation but do not constitute improper limitations on the present disclosure.

FIG. **1** is an overall schematic structural view of a smoker according to an embodiment of the present disclosure.

FIG. **2** is an exploded view of a smoker according to an embodiment of the present disclosure.

FIG. **3** is a schematic structural view of a pipe according to an embodiment of the present disclosure.

**2**

FIG. **4** is an exploded view of a smoker body according to an embodiment of the present disclosure.

FIG. **5** is an exploded view of a smoker body according to another embodiment of the present disclosure.

FIG. **6** is a top view of a smoker according to an embodiment of the present disclosure.

FIG. **7** is a sectional view along line A-A shown in FIG. **6**.

FIG. **8** is an enlarged view of area B shown in FIG. **7**.

FIG. **9** is an enlarged view of area C shown in FIG. **7**.

FIG. **10** is a schematic structural view of a bottom cover according to an embodiment of the present disclosure.

FIG. **11** is a schematic structural view of a bottom cover according to another embodiment of the present disclosure.

FIG. **12** is a schematic structural view of a thermal insulation cover according to an embodiment of the present disclosure.

FIG. **13** is a schematic structural view of a housing and a switch button according to an embodiment of the present disclosure.

FIG. **14** is a schematic structural view of a base, a circuit board and a trigger component according to an embodiment of the present disclosure.

FIG. **15** is a schematic structural view of a smoker body according to an embodiment of the present disclosure.

FIG. **16** is a schematic structural view of a bottom cover and a blower component according to an embodiment of the present disclosure.

FIG. **17** is a schematic structural view of a bottom cover, a blower component, a circuit board and a power supply according to an embodiment of the present disclosure.

FIG. **18** is an exploded view of an automatic igniter according to an embodiment of the present disclosure.

FIG. **19** is an exploded view of a pipe and a base according to an embodiment of the present disclosure.

FIG. **20** is an exploded view of a pipe and a base according to another embodiment of the present disclosure.

FIG. **21** is an exploded view of a pipe and a base according to another embodiment of the present disclosure.

FIG. **22** is an exploded view of a pipe and a base according to another embodiment of the present disclosure.

### DETAILED WAY

The present disclosure may be described in detail below with reference to the accompanying drawings and in conjunction with various embodiments. Each example is provided to explain but not limit the present disclosure. In fact, it may be clear to those of ordinary skill that modifications and variations may be made without departing from the scope or spirit of the present disclosure. For example, a feature shown or described as part of one embodiment may be used according to another embodiment to produce yet another embodiment. Therefore, it is intended that the present disclosure includes such modifications and variations within the scope of the appended claims and their equivalents.

In the description of the present disclosure, the terms "longitudinal", "lateral", "upper", "lower", "front", "back", "left", "right", "vertical", "horizontal", "top", "bottom" and the like indicate the orientational or positional relationship based on the orientational or positional relationship illustrated in the drawings, which is only for the convenience of describing and does not require the present disclosure to be constructed and operated in a specific orientation, and therefore cannot be understood as limiting the present disclosure. The terms "connected", "connecting" and "arranged" used

US 12,324,440 B1

**3**

in the present disclosure should be understood in a broad sense. For example, it may be a fixed connection or a detachable connection; it may be directly connected or indirectly connected through an intermediate component; it may also be a wired electrical connection, a radio connection, or a wireless signal connection. For those of ordinary skill in the art, the specific meanings of the above terms may be understood according to the specific circumstances.

One or more examples of the present disclosure are illustrated in the attached drawings. Numbers and letter signs are used in the detailed description to refer to features in the drawings. Similar signs in the drawings and descriptions have been configured to refer to similar parts of the present disclosure. As used herein, the terms "first", "second" and "third" are used interchangeably to distinguish one component from another and are not intended to indicate the position or importance of individual components.

As illustrated in FIG. **1** and FIG. **2**, the present embodiment relates to a smoker, which is mainly configured to burn or incompletely burn a combustion medium (such as wood or chips) to generate smoke. The smoker includes a smoker body **1**, a pipe **2** and a base **3**.

In some embodiments, the smoker body **1** and the base **3** are cylindrical. The pipe **2** is arranged between the smoker body **1** and the base **3**. The pipe **2** has a combustion chamber **20**, and the combustion medium is burned or incompletely burned in the combustion chamber **20**. The smoker body **1** and the base **3** are detachably assembled. By assembling the smoker body **1** and the base **3**, the pipe **2** can be pressed by them, thus being fixed. In addition, the assembly of the smoker body **1** and the base **3** can also enclose the combustion chamber **20**, thereby preventing the exposure of the combustion chamber **20**, reducing the risk during the combustion process, and enhancing the safety of the smoker.

As illustrated in FIG. **3**, in the present embodiment, the pipe **2** is defined with a smoke outlet port **21**, and the smoke outlet port **21** is in communication with the combustion chamber **20**. The design of the smoke outlet port **21** allows the smoke generated from the combustion or incomplete combustion within the combustion chamber **20** to be quickly expelled, enabling the smoker to emit smoke rapidly.

As illustrated in FIG. **4** to FIG. **9**, in one embodiment, the smoker body **1** includes a housing **11**, a bottom cover **12**, a thermal insulation cover **13**, a blower component **14**, a circuit board **15**, a power supply **16** and an automatic igniter **18**.

The housing **11** and the bottom cover **12** are assembled to form a casing, and the casing is cylindrical. The housing **11** is cylindrical as a whole and has a mounting cavity **110**. The bottom cover **12** is connected to a side of the housing **11** close to the base **2**, thereby closing an opening of the mounting cavity **110**. An end surface of the bottom cover **12** close to the base **2** is provided with an air inlet hole **120** that runs through the bottom cover **12**. The thermal insulation cover **13** is connected to a side of the bottom cover **12** away from the housing **11**. The thermal insulation cover **13** is defined with an air inlet port **130**. When the smoker body **1** and the base **3** are assembled, the air inlet hole **120** and the air inlet port **130** are in communication with the combustion chamber **20**. Airflows in through the air inlet hole **120** and then enters the combustion chamber **20** via the air inlet port **130**, supplying the combustion chamber **20** with additional air to aid combustion.

The blower component **14** is arranged in the mounting cavity **110** and has a blower body **141** and an air outlet port **142**. The blower body **141** is fixedly mounted on the bottom cover **12**, and the air outlet port **142** communicates with the

**4**

air inlet hole **120** to allow air to be blown into the combustion chamber **20**. The circuit board **15** is arranged in the mounting cavity **110**. The circuit board **15** is fixedly mounted on the bottom cover **12** and is electrically connected to the blower component **14**. The circuit board **15** is configured to control the start or stop of the automatic igniter **18** and the blower component **14**. The automatic igniter **18** is arranged in the mounting cavity **110** and is connected to the bottom cover **12**. The automatic igniter **18** includes an ignition needle **181**. The ignition needle **181** penetrates the bottom cover **12** and is installed in the air inlet port **130**. There is a gap between the ignition needle **181** and a side wall of the air inlet port **130**, enabling the air entering from the air inlet hole **120** to enter the combustion chamber **20** from the air inlet port **130**. The ignition needle **181** passes through the air inlet port **130** and enters the combustion chamber **20** to ignite the combustion medium placed in the combustion chamber **20**. The power supply **16** is arranged in the mounting cavity **110**. The power supply **16** is fixedly connected to the bottom cover **12**. The power supply **16** is electrically connected to the circuit board **15**, so as to supply power to the circuit board **15**, the automatic igniter **18** and the blower component **14**.

It should be noted that after the automatic igniter **18** is powered on, one end of the ignition needle **181** extending into the combustion chamber **20** ignites the combustion medium due to the electric spark generated by the high-voltage discharge. The ignition needle **181** of the automatic igniter **18** is positioned in the air inlet port **130** and extends into the combustion chamber **20**, placing the ignition needle **181** at an upwind position. During the ignition operation of the ignition needle **181**, the air enters the combustion chamber **20** through the air inlet port **130**, promoting the combustion of the combustion medium, and enabling the automatic igniter **18** to ignite the combustion medium within the combustion chamber **20** more easily and quickly.

As illustrated in FIG. **4** to FIG. **9**, in one embodiment, in an axial direction of the air inlet port **130**, a projection position of the air inlet port **130** on an inner wall of the combustion chamber **20** at least partially overlaps with the position of the smoke outlet port **21**. This configuration minimizes the distance between the air inlet port **130** and the smoke outlet port **21**, allowing the air to pass through the combustion chamber **20** more quickly, which not only promotes the combustion of the combustion medium, but also accelerates the expulsion of smoke from the combustion chamber **20**, thereby enhancing the smoke output speed of the smoker. Additionally, it also prevents the smoke generated in the combustion chamber **20** from spreading towards the smoker body **1**, thus avoiding contamination of the smoker body **1**. In the present embodiment, the air inlet port **130** is located directly above the smoke outlet port **21**.

In one embodiment, a space **10** is provided between the thermal insulation cover **13** and the bottom cover **12**, allowing the air entering the air inlet hole **120** to pass through. The thermal insulation cover **13** is defined with an air inlet port **130**, and the air inlet port **130** is staggered with the air inlet hole **120**.

As illustrated in FIG. **6** to FIG. **9**, it should be noted that when the smoker body **1** and the base **3** are assembled, the thermal insulation cover **13** fits an end surface of the pipe **2** close to the smoker body **1**, enclosing the combustion chamber **20** to ensure the safety of the combustion process. Meanwhile, the air inlet port **130** is in communication with the combustion chamber **20**, providing the combustion chamber **20** with combustion-supporting air and ensuring a

5

smooth combustion process. The combustion-supporting air includes but is not limited to oxygen, air, etc.

It should also be noted that the dotted arrow in FIG. 9 indicates the direction of the airflow. Since the thermal insulation cover 13 needs to be in contact with the pipe 2, the heat generated by the combustion or incomplete combustion of the combustion medium will heat up the thermal insulation cover 13 rapidly. The space 10 is formed between the thermal insulation cover 13 and the bottom cover 12, enabling the air between an end surface of the thermal insulation cover 13 in contact with the pipe 2 and the bottom cover 12 to form an insulation zone for heat isolation. Therefore, when the combustion medium burns or is not fully burned in the combustion chamber 20, the heat of the thermal insulation cover 13 can be prevented from being directly transferred to the bottom cover 12. In addition, the air inlet hole 120 and the air inlet port 130 are both in communication with the space 10. In other words, the air inlet hole 120 is in communication with the air inlet port 130 through the space 10, allowing the combustion-supporting air to be sent into the combustion chamber 20. The air inlet hole 120 and the air inlet port 130 are staggered, generating a blocking effect on the combustion-supporting air entering the space 10, thereby causing the air in the space 10 to absorb part of the heat on the thermal insulation cover 13. Meanwhile, the heat absorbed by the combustion-supporting air is expelled from the combustion chamber 20 along with the smoke, achieving a cooling effect for the thermal insulation cover 13. The smoker configured in this way not only prevents the heat generated by combustion or incomplete combustion from being transferred to the smoker body 1, but also cool the thermal insulation cover 13, thereby improving the working environment of the smoker body 1 and enhances its service life.

As illustrated in FIG. 5, in one embodiment, a first connecting part 121 is provided on a side of the bottom cover 12 close to the thermal insulation cover 13. A second connecting part 131 is provided on a side of the thermal insulation cover 13 close to the bottom cover 12. The first connecting part 121 and the second connecting part 131 are detachably assembled, allowing the user to replace the thermal insulation cover 13 conveniently.

As illustrated in FIG. 2, FIG. 5, FIG. 10 and FIG. 12, in one embodiment, the first connecting part 121 is a plug-in hole 1210, and a hook part 1211 is provided in the plug-in hole 1210. A first end of the hook part 1211 is flush with an end surface of the bottom cover 12 close to the base 3, and an end surface of a second end of the hook part 1211 is lower than an opening of the plug-in hole 1210 away from the base 3, allowing the end surface of the second end of the hook part 1211 and an inner wall of the bottom cover 12 to form a groove 1212 for accommodating a portion of the second connecting part 131.

The second connecting part 131 includes a connecting section 1311 and a bending section 1312. A first end 1311a of the connecting section 1311 is connected to the thermal insulation cover 13. A second end 1311b of the connecting section 1311 is connected to the bending section 1312. The bending section 1312 is accommodated in the groove 1212, allowing the bending section 1312 to be engaged with the hook part 1211, thereby securing the thermal insulation cover 13.

In one embodiment, a width of the connecting section 1311 is smaller than that of the bending section 1312, therefore the connection between the connecting section 1311 and the bending section 1312 forms a step structure, which facilitates to bend the bending section 1312. An angle

6

between the bending section 1312 and the connecting section 1311 is an acute angle or a right angle, enabling the bending section 1312 to be engaged with the hook part 1211.

It should be noted that the connection section 1311 and the bending section 1312 of the second connecting part 131 can be bent under an external force and restored to the original state under another external force. Before the second connecting part 131 is assembled with the first connecting part 121, the connection section 1311 and the bending section 1312 are coplanar. During the assembly of the thermal insulation cover 13 and the bottom cover 12, the bending section 1312 is inserted into the plug-in hole 1210, allowing the connection section 1311 to be fully housed within the plug-in hole 1210, while the bending section 1312 protrudes through the plug-in hole 1210. Then an external force is applied to the bending section 1312, causing the bending section 1312 to be bent and fit into the groove 1212, thereby completing the assembly of the thermal insulation cover 13 and the bottom cover 12. When disassembling the thermal insulation cover 13, it is only necessary to restore the bending section 1312 to be coplanar with the connection section 1311 with an external force.

As illustrated in FIG. 2, FIG. 5, FIG. 10 and FIG. 11, in one embodiment, the thermal insulation cover 13 includes a cover body 132 and an annular wall 133. The cover body 132 is configured to fit with the pipe 2 to enclose the combustion chamber 20. The annular wall 133 has a fixed end 1331 and a free end 1332. The fixed end 1331 is connected to the cover body 132, and the free end 1332 extends to one side of the bottom cover 12. The free end 1332 of the annular wall 133 is configured to abut against an end surface of the bottom cover 12 close to the base 3, forming a space 10 between the bottom cover 12 and the cover body 132.

In one embodiment, one side of the bottom cover 12 close to the base 3 is defined with a mounting groove 122, the air inlet hole 120 is in communication with the mounting groove 122, and the plug-in hole 1210 is provided in the mounting groove 122. The thermal insulation cover 13 is installed in the mounting groove 122, and the free end of the annular wall 133 abuts against an inner wall of the mounting groove 122.

In one embodiment, an opening end of the mounting groove 122 is defined with a bevel 1221. With such a configuration, when the smoker body 1 and the base 3 are assembled, the direct contact between the pipe 2 and the bottom cover 12 can be effectively avoided, thereby avoiding the direct heat transfer from the pipe 2 to the bottom cover 12, further improving the heat insulation efficacy of the smoker body 1.

In the present embodiment, the mounting groove 122 is a groove with a circular cross-section, and the thermal insulation cover 13 is substantially circular and fits the mounting groove 122. The annular wall 133 is connected to an edge of the cover body 132. Three first connecting parts 121 are provided, and the three first connecting parts 121 are distributed in a circular pattern at equal intervals at a bottom of the mounting groove 122. Three second connecting parts 131 are also provided, and the three second connecting parts 131 are distributed in a circular pattern at equal intervals at the free end of the annular wall 133 and are all connected to the free end. The cover body 132, the annular wall 133 and the second connecting part 131 are integrally formed. A material of the thermal insulation cover 13 is stainless steel, allowing the second connecting part 131 to be bent or restored to its original shape multiple times.

US 12,324,440 B1

**7**

In one embodiment, an annular protrusion **1222** is provided on a bottom wall of the mounting groove **122**. The annular protrusion **1222** and a side wall of the mounting groove **122** form an annular groove, and the annular wall **133** is assembled in the annular groove, enabling the annular protrusion **1222** to shield the annular wall **133**, thereby improving the air tightness between the thermal insulation cover **13** and the bottom cover **12**. Meanwhile, the annular groove can limit the annular wall **133** and improve the reliability of the assembly between the bottom cover **12** and the thermal insulation cover **13**.

In one embodiment, a mounting column **123** is provided on the bottom cover **12**, one end of the mounting column **123** is connected to the bottom cover **12**, and another end extends away from the bottom cover **12**. The circuit board **15** is arranged above the blower component **14**, and the circuit board **15** is connected to the mounting column **123** and secured by a fastening screw. In other embodiments, the circuit board **15** can also be connected to the mounting column **123** by means of gluing, plugging, etc.

As illustrated in FIG. **4**, FIG. **5** and FIG. **13**, in one embodiment, a control switch **151** is arranged on one side of the circuit board **15** away from the blower component **14**, so as to control the start or stop of the smoker. An end surface of the housing **11** away from the bottom cover **12** is defined with a mounting port **111**, and the mounting port **111** is in communication with the mounting cavity **110**. The smoker body **1** also includes a switch button **17**. The switch button **17** includes a first part **171** and a second part **172**. The first part **171** is housed in the mounting cavity **110** and connected to an inner wall of the mounting cavity **110**. The second part **172** is connected to the first part **171** and is movably accommodated in the mounting port **111**. The second part **172** is configured to abut against the control switch **151**, thereby triggering the control switch **151** when the switch button **17** is pressed.

In one embodiment, the first part **171** includes three connecting arms **1711**, and the three connecting arms **1711** are connected to the second part **172**. One end of the connecting arm **1711** away from the second part **172** is defined with a sleeve hole **1710**. A guide column **112** is protruded on an inner wall of the mounting cavity **110**. The sleeve hole **1710** is configured to engage with the guide column **112** to guide the movement of the switch button **17**. The second part **172** is cylindrical, and the three connecting arms **1711** are evenly spaced on an outer wall of the second part **172**. One end surface of the second part **172** close to the circuit board **15** is defined with a circular slot **1720**, and an abutment column **1721** is provided at the center of the circular slot **1720**, and the abutment column **1721** is configured to abut against the control switch **151**.

As illustrated in FIG. **4**, FIG. **5** and FIG. **13**, in one embodiment, an end surface of the second part **172** away from the first part **171** is defined with a decorative slot **1722**, and a decorative sheet **1723** is provided in the decorative slot **1722** to enhance the aesthetics of the switch button **17**.

In one embodiment, the circuit board **15** is provided with a charging port **152**, and a side wall of the housing **11** is defined with a through groove for accommodating the charging port **152**.

In one embodiment, a locking part **124** for installing the power supply **16** is provided on the bottom cover **12**. A tightening part **113** is provided in the mounting cavity **110**. When the bottom cover **12** is assembled with the housing **11**, the tightening part **113** tightens and fixes the blower component **14** and the power supply **16** on the bottom cover **12**. A connecting column **114** is also provided in the mounting

**8**

cavity **110**, and the connecting column **114** is defined with a threaded hole. A position of the bottom cover **12**, corresponding to the connecting column **114**, is defined with a through hole. A fastening screw passes through the through hole and threads into threaded hole, securing the bottom cover **12** and the housing **11**.

As illustrated in FIG. **2**, FIG. **4**, FIG. **5**, FIG. **14** and FIG. **15**, in one embodiment, a power-off switch **153** is also provided on the circuit board **15**. The power-off switch **153** is configured to conduct or cut off the electrical connection between the circuit board **15** and the power supply **16**. A trigger component **128** connected to the power-off switch **153** is provided on the bottom cover **12**. When the smoker body **1** is separated from the base **3** or is not properly assembled, the trigger component **128** puts the power-off switch **153** in an power-off state, and the smoker body **1** is in a completely power-off state; when the smoker body **1** is properly assembled with the base **3**, the trigger component **128** triggers the power-off switch **153** into an power-on state, therefore the smoker can work normally. The smoker configured as such can only be powered on after the smoker body **1** and the base **3** are properly assembled, further improving the safety of the smoker during use.

In one embodiment, the bottom cover **12** is defined with a receiving groove **129**, and the receiving groove **129** passes through the bottom cover **12**. The trigger component **128** includes a trigger rod **1281** and an elastic member **1282**. The trigger rod **1281** includes a driving head **1281***a*, a trigger head **1281***b* and a connecting rod **1281***c*.

In some embodiments, the driving head **1281***a* is movably installed in the receiving groove **129**, and when the smoker body **1** and the base **3** are assembled, the base **3** can move the driving head **1281***a* along the receiving groove **129** toward the circuit board **15**. The trigger head **1281***b* and the connecting rod **1281***c* are both arranged in the mounting cavity **110**. One side of the trigger head **1281***b* away from the circuit board **15** is connected to the driving head **1281***a*, and one side of the trigger head **1281***b* close to the circuit board **15** is connected to the connecting rod **1281***c*. One end of the connecting rod **1281***c* away from the driving head **1281***a* is movably connected to the circuit board **15**. The elastic member **1282** is sleeved on the connecting rod **1281***c*, one end of the elastic member **1282** is connected to the trigger head **1281***b*, another end of the elastic member **1282** is connected to the circuit board **15**. The elastic member **1282** is in a compressed state, squeezing the trigger rod **1281** toward a direction away from the circuit board **15**. An end surface of the trigger head **1281***b* close to the connecting rod **1281***c* is also connected to the power-off switch **153**, indicating the power-off switch **153** is in a power-on state or a power-off state.

It should be noted that the power-off switch **153** is a travel switch or a micro switch. The circuit board **15** is defined with a mounting hole **154**, and one end of the connecting rod **1281***c* away from the driving head **1281***a* is movably mounted in the mounting hole **154**. The elastic member **1282** is a compression spring.

As illustrated in FIG. **4**, FIG. **5**, FIG. **16** to FIG. **18**, in one embodiment, the bottom cover **12** is also defined with a snap-in slot **1201**. The automatic igniter **18** also includes a needle seat **182**, a high-voltage component **183** and a fixing cover **184**. The needle seat **182** has an assembly end **1821** and an ignition end **1822**. The assembly end **1821** is installed in the snap-in slot **1201**. The ignition end **1822** extends into the combustion chamber **20** through the snap-in slot **1201** and the air inlet port **130**. The needle seat **182** is defined with a hole **1820** that passes through the assembly end **1821** and

9
10

the ignition end **1822**. The ignition needle **181** is inserted through the tube **1820**, with a needle tip protruding from the ignition end **1822**. The high-voltage component **183** is installed on the bottom cover **12** and is electrically connected to the circuit board **15** through a wire. The high-voltage component **183** is connected to the ignition needle **181** through a wire, allowing the needle tip of the ignition needle **181** to discharge, thereby generating an electric spark and igniting the combustion medium. The fixing cover **184** is arranged in the mounting cavity **110** and is located on one side of the snap-in slot **1201**. The fixing cover **184** is connected to the bottom cover **12**, securing the needle seat **182** and a portion of the wire on the bottom cover **12**.

In the present embodiment, the snap-in slot **1201** is a waist-shaped slot, and the assembly end **1821** of the needle seat **182** is designed to be waist-shaped as well, fitting into the snap-in slot **1201**. A circular column **1202** is also provided on the bottom cover **12**, and the circular column **1202** is located around the snap-in slot **1201**. The fixing cover **184** is secured to the circular column **1202** by a fastening screw, allowing the assembly end **1821** to be fitted into the snap-in slot **1201**. An end surface of the fixing cover **184** close to the bottom cover **12** is defined with an avoiding groove **1841**, enabling the wire to be inserted and connected to the ignition needle **181**.

As illustrated in FIG. **2**, FIG. **3**, FIG. **6** to FIG. **9**, in one embodiment, the pipe **2** is a venting device which includes a pipe body **22** and a flange **24** including an anti-slip edge **23**, the flange **24** extends outwardly from an outer edge the pipe body **22** and is connected to the pipe body **22**, the pipe body **22** is a curved shaped body, and a bottom of the curved shape body has at least one smoke outlet port **21**. The pipe body **22** is cup-shaped, a combustion chamber **20** is formed therein. A bottom surface of the combustion chamber **20** is spherical, which facilitates cleaning of the ash. A bottom of the combustion chamber **20** is defined with the at least one smoke outlet port **21**, which penetrates the pipe body **22**.

It should be noted that the flange **24** is a circular sheet structure, and an inner edge of the circular sheet structure is connected to an outer edge of the pipe body **22** close to the bottom cover **12**. In the present embodiment, the flange **24** is integrally formed with the pipe body **22**. The at least one smoke outlet port **21** not only prevents ash from falling out of the at least one smoke outlet port **21** and contaminating the base **3** as a result of combustion or incomplete combustion, but also allow the generated smoke to be expelled from the combustion chamber **20** more quickly.

As illustrated in FIG. **2**, FIG. **19** and FIG. **20**, in one embodiment, the base **3** includes a first base **31** and a second base **32**. The first base **31** is detachably assembled with the smoker body **1**. The first base **31** includes a first body **311** and a receiving cup **312**. The receiving cup **312** is connected to the first body **311** and has a receiving cavity **3120**. A cup mouth of the receiving cup **312** is connected to an end surface of the first body **311** close to the smoker body **1**, and the pipe **2** is movably received in the receiving cavity **3120**. A bottom of the receiving cavity **3120** is defined with a smoke outlet hole **310**. The smoke outlet hole **310** penetrates the receiving cup **312**, allowing that the smoke discharged from the smoke outlet port **21** to be expelled out of the smoker, thus achieving a quick output of smoke. The second base **32** is provided on a side of the first base **31** away from the smoker body **1**. The second base **32** is detachably assembled with the first body **311**. The second base **32** is provided with an assembly port, and the receiving cup **312** is assembled in the assembly port **320**.

As illustrated in FIG. **2** and FIG. **11**, in one embodiment, a first snap-in part **125** is provided on a side of the bottom cover **12** away from the housing **11**. A second snap-in part **3111** is provided on a side of the first body **311** close to the housing **11**. The first snap-in part **125** engages with the second snap-in part **3111** to enable the smoker body **1** to be detachably assembled with the base **3**.

In one embodiment, the first snap-in part **125** is a first magnet secured on the bottom cover **12**, and the second snap-in part **3111** is a second magnet secured on the base **3**. The smoker body **1** and the base **3** are magnetically secured through the first magnet and the second magnet.

In one embodiment, an assembly plate **3112** is protruded on one side of the first body **311** close to the smoker body **1**, allowing the first body **311** to have a first side wall **3113** and a second side wall **3114**. An end surface of the side of the bottom cover **12** close to the base **3** is defined with an assembly slot **126**, and the assembly slot **126** fits to the assembly plate **3112**, enabling the smoker body **1** and the base **3** to be more tightly engaged.

As illustrated in FIG. **19**, in one embodiment, a cup mouth of the receiving cup **312** is connected to a top end surface of the assembly plate **3112**. The top end surface of the assembly plate **3112** is defined with an annular groove **3112***a* surrounding a cup opening of the receiving cup **312**, and a rubber sealing ring **313** is provided in the annular groove **3112***a*. The rubber sealing ring **313** can improve the tightness of the assembly between the pipe **2** and the first base **31**, thereby preventing smoke from leaking out of the gap between the pipe **2** and the first base **31** and reducing the risk of the smoker being contaminated by smoke.

As illustrated in FIG. **2**, FIG. **11**, FIG. **19** and FIG. **20**, in one embodiment, the first snap-in part **125** is protruded on a side wall of the assembly slot **126**. The second snap-in part **3111** is protruded on the second side wall **3114**.

In one embodiment, the first snap-in part **125** include a first stop section **1251** and a first snap-in section **1252**. The first snap-in section **1252** is connected to the first stop section **1251**, and one end of the first snap-in section **1252** that is distant from the first stop section **1251** extends toward a direction away from the first stop section **1251**. The first stop section **1251**, the first snap-in section **1252** and a bottom wall of the assembly slot **126** form a first snap-in interface **127**.

The second snap-in part **3111** includes a second stop section **3115** and a second snap-in section **3116**. The second snap-in section **3116** is connected to the second stop section **3115**, and one end of the second snap-in section **3116** that is distant from the second stop section **3115** extends toward a direction away from the second stop section **3115**. The second stop section **3115**, the second snap-in section **3116** and the bottom of the assembly plate **3112** form a second snap-in interface **3117**.

It should be noted that when the smoker body **1** is assembled with the base **3**, the assembly plate **3112** is installed in the assembly slot **126**, and an external force is applied to make the assembly plate **3112** and the assembly slot **126** rotate relative to each other, therefore the first snap-in section **1252** is snapped into the second snap-in interface **3117** and abuts against the second stop section **3115**; meanwhile, the second snap-in section **3116** is snapped into the first snap-in interface **127** and abuts against the first stop section **1251**. Therefore, the clamping engagement of the smoker body **1** and the base **3** is completed.

In one embodiment, one end of the first snap-in section **1252**, which is away from the first stop section **1251**, is provided with a first protrusion **1253** extends towards a

US 12,324,440 B1

**11**

bottom of the assembly slot **126**. An end surface, which is close to the second base **32**, of the second snap-in section **3116** is provided with a second protrusion **3118**. Therefore, the second protrusion **3118** and a stop surface of the second stop section **3115** form a notch, which allows the first protrusion **1253** to be snapped in, thereby improving the stability and firmness of the assembly between the first snap-in part **125** and the second snap-in part **3111**.

In the present embodiment, the base **3** is cylindrical. The assembly slot **126** is a slot with a circular cross section, and the assembly plate **3112** is a protrusion with a circular cross section. Four first snap-in parts **125** and four second snap-in parts **3111** are provided, arranged in a one-to-one correspondence. Four first snap-in parts **125** are arranged at equal intervals annularly on a side wall of the assembly slot **126**, and four second snap-in parts **3111** are arranged at equal intervals annularly on a side wall of the assembly plate **3112**. In other embodiments, the number of the first snap-in parts **125** and the second snap-in parts **3111** can be determined as needed, as long as that the first snap-in parts **125** and the second snap-in parts **3111** engage with each other, thus detachably assembling the base **3** and the smoker body **1**.

As illustrated in FIG. **2**, FIG. **11**, FIG. **19** and FIG. **20**, in one embodiment, the second base **32** has an inner cavity, and an inner side wall of the second base **32** is defined with a first snap-in groove **321**. A first snap-in block **3119** is provided on the first side wall **3113** of the first body **311**. When the first base **31** and the second base **32** are assembled, the first snap-in block **3119** is engaged with the first snap-in groove **321**, thereby realizing the detachable assembly between the first base **31** and the second base **32**.

In one embodiment, a radially extending first reinforcing rib **311***a* is provided on an end surface of the first body **311** close to the second base **32**. A radially extending second reinforcing rib **323** is provided in an inner cavity of the second base **32**, and the first reinforcing rib **311***a* and the second reinforcing rib **323** are provided in a one-to-one correspondence. An insertion port **324** corresponding to the second reinforcing rib **323** is provided on a side wall of the assembly port **320**, and the insertion port **324** is configured for the first reinforcing rib **311***a* to be plugged in, allowing the first reinforcing rib **311***a* and the second reinforcing rib **323** to abut against each other, thereby improving the overall support strength of the base **3**.

As illustrated in FIG. **21** and FIG. **22**, in one embodiment, an annular mounting strip **325** is provided in the inner cavity of the second base **32**. The second reinforcing ribs **323** are all connected to the annular mounting strip **325**, and the annular mounting strip **325** is coaxially arranged with the assembly port **320**. A side wall of the annular mounting strip **325** is defined with the first snap-in groove **321**. A first snap-in block **3119** is provided on the inner side wall of the first body **311** close to the second base **32**. When the first base **31** and the second base **32** are assembled, the first snap-in block **3119** is engaged with the first snap-in groove **321**, thereby realizing the detachable assembly between the first base **31** and the second base **32**.

In the present embodiment, four first snap-in grooves **321** are provided, and are arranged at equal intervals annularly on the inner side wall of the second base **32**. Four first snap-in blocks **3119** are correspondingly provided, and the four first snap-in blocks **3119** are arranged at equal intervals annularly on the first side wall **3113**. In other embodiments, the number of first card snap-in blocks **3119** and first snap-in grooves **321** can be determined according to demand, and it only needs to meet the requirement that the first snap-in

**12**

block **3119** engages with the first snap-in groove **321**, thereby allowing the first base **31** and the second base **32** to be detachably assembled.

As illustrated in FIG. **2**, FIG. **11**, FIG. **19** and FIG. **20**, in one embodiment, the receiving cup **312** includes an assembly part **3121** and a supporting part **3122**. The assembly part **3121** is detachably assembled with a side wall of the assembly port **320**. The supporting part **3122** is connected to a side of the assembly part **3121** away from the first body **311**. The supporting part **3122** protrudes from an end surface of the second base **32** away from the first body **311** to support the base **3**. It should be noted that the smoke outlet hole **310** is positioned on the supporting part **3122** and is configured to expel the smoke discharged from the smoke outlet port **21** out from the bottom of the smoker.

In one embodiment, the assembly port **320** is arranged in a middle portion of the second base **32**, and the assembly port **320** is a through port with a circular cross section. A second snap-in slot **322** is arranged on a side wall of the assembly port **320**. A second snap-in block **3123** is arranged on a side wall of the assembly part **3121**. The second snap-in block **3123** is configured to engage with the second snap-in slot **322** to achieve the detachable assembly between the assembly port **320** and the assembly part **3121**.

It should be noted that the first base **31** and the second base **32** are detachably assembled through the engagement between the first snap-in slot **321** and the first snap-in block **3119**, as well as the second snap-in slot **322** and the second snap-in block **3123**. The dual snap-in-fit design ensures a more secure assembly between the first base **31** and the second base **32**.

In one embodiment, the supporting part **3122** is roughly in the shape of an inverted truncated cone. A starting position of the supporting part **3122** is flush with an end surface of one side of the second base **32** that is away from the first base **31**, thereby ensuring the overall aesthetics of the smoker. An end surface of the supporting part **3122** on one side away from the second base **32** has a diameter smaller than that of the cross section of the starting position. The smoke outlet hole **310** is arranged on one side wall of the supporting part **3122**, allowing the smoke discharged from the smoke outlet port **21** to be smoothly expelled from the accommodating cavity **310**.

Compared with the related art, the beneficial effects of the present disclosure are as follows.

1) The ignition needle **181** of the automatic igniter **18** is arranged in the air inlet port **130** and extends into the combustion chamber **20**, allowing the ignition needle **181** to be at the upwind position. When the ignition needle **181** is ignited, the air enters the combustion chamber **20** from the air inlet port **130**, promotes the combustion of the combustion medium, and enables the automatic igniter **18** to ignite the combustion medium in the combustion chamber **20** more easily and rapidly.

2) In the axial direction of the air inlet port **130**, the projection position of the air inlet port **130** on the inner wall of the combustion chamber **20** at least partially overlaps with the position of the smoke outlet port **21**. Such a design minimizes the distance between the air inlet port **130** and the smoke outlet port **21**, allowing the air to pass through the combustion chamber **20** more quickly, which not only promotes the combustion of the combustion medium, but also accelerates the expulsion of smoke from the combustion chamber **20**, thereby enhancing the smoke outlet speed of the smoker. In addition, it also prevents the smoke generated in the combustion chamber **20** from spreading towards smoker body **1**, thus avoiding contamination of the smoker

US 12,324,440 B1

13                                                14

body **1**. In the present embodiment, the air inlet port **130** is located directly above the smoke outlet port **21**.

3) A space **10** is formed between the thermal insulation cover **13** and the bottom cover **12**, enabling the air between the end surface of the thermal insulation cover **13** that fits the pipe **2** and the bottom cover **12** to form an insulation zone to isolate heat, thereby preventing the heat of the thermal insulation cover **13** from being directly transferred to the bottom cover **12**.

4) The air inlet hole **120** is in communication with the air inlet port **130** through the space **10**, allowing the combustion-supporting air to be sent into the combustion chamber **20**. The air inlet hole **120** and the air inlet port **130** are staggered, generating a blocking effect on the combustion-supporting air entering the space **10**, thereby causing the air in the space **10** to absorb part of the heat on the thermal insulation cover **13**. In addition, the heat absorbed by the combustion-supporting air is expelled from the combustion chamber **20** along with the smoke, achieving a cooling effect for the thermal insulation cover **13**. The automatic smoker **1** configured in this way not only prevents the heat generated by combustion or incomplete combustion from being transferred to the smoker body **1** during operation, but also cool the thermal insulation cover **13**, thereby improving the working environment of the smoker body **1** and enhances its the service life.

5) A bevel **1221** is provided at the notch of the mounting groove **122**. With such a configuration, when the smoker body **1** is assembled with the base **3**, the direct contact between the pipe **2** and the bottom cover **12** can be effectively avoided, thereby avoiding the direct heat transfer from the pipe **2** to the bottom cover **12**, further improving the insulation efficacy of the smoker body **1**.

The above description is only some embodiments of the present disclosure and is not intended to limit the present disclosure. For those of ordinary skill in the art, the present disclosure may have various modifications and variations. Any modification, equivalent replacement, improvement, etc. made within the spirit and principle of the present disclosure shall be included in the protection scope of the present disclosure.

What is claimed is:

**1**. An automatic smoker comprising:

a smoker body;

a pipe having a combustion chamber, wherein an inner wall of the combustion chamber is defined with at least one smoke outlet port; and

a base, wherein the pipe is arranged between the smoker body and the base, the smoker body and the base are detachably assembled, and the smoker body and the base are configured to secure the pipe therebetween during assembly; and

wherein the smoker body comprises:

a casing comprising a housing and a bottom cover, wherein the housing has a mounting cavity, the bottom cover is connected to one side of the housing close to the base, and the bottom cover is defined with an air inlet hole;

a thermal insulation cover, arranged on one side of the bottom cover away from the housing and connected to the bottom cover, wherein the thermal insulation cover is configured to open or close the combustion chamber, and the thermal insulation cover is defined with an air inlet port; and

an automatic igniter, arranged in the mounting cavity and connected to the bottom cover, wherein the automatic igniter comprises an ignition needle, the ignition needle

penetrates the bottom cover and is accommodated in the air inlet port, a gap is formed between the bottom cover and a side wall of the air inlet port, and the ignition needle extends into the combustion chamber and is configured to ignite a combustion medium within the combustion chamber.

**2**. The automatic smoker according to claim **1**, wherein in an axial direction of the air inlet port, a projection position of the air inlet port on an inner wall of the combustion chamber at least partially overlaps with a position of the at least one smoke outlet port to allow airflow within the combustion chamber to be accelerated.

**3**. The automatic smoker according to claim **1**, wherein a space is provided between the thermal insulation cover and the bottom cover, the air inlet hole is in communication with the air inlet port through the space, and the air inlet hole is staggered with the air inlet port; the thermal insulation cover abuts against the pipe to close the combustion chamber in response to the smoker body being engaged with the base, and the air inlet port is in communication with the combustion chamber.

**4**. The automatic smoker according to claim **3**, wherein a first connecting part is provided on a side of the bottom cover close to the thermal insulation cover, a second connecting part is provided on a side of the thermal insulation cover close to the bottom cover, and the first connecting part and the second connecting part are detachably assembled.

**5**. The automatic smoker according to claim **4**, wherein the first connecting part is a plug-in hole, and a hook part is arranged in the plug-in hole, the second connecting part comprises a connection section and a bending section, a first end of the connection section is connected to the thermal insulation cover, a second end of the connection section is connected to the bending section, and the bending section engages with the hook part to secure the thermal insulation cover.

**6**. The automatic smoker according to claim **5**, wherein the thermal insulation cover comprises a cover body and an annular wall, a fixed end of the annular wall is connected to the cover body, a free end of the annular wall extends towards the bottom cover and abuts against the bottom cover to allow the space to be formed between the bottom cover and the cover body, and the second connecting part is connected to the free end of the annular wall.

**7**. The automatic smoker according to claim **1**, wherein the automatic smoker further comprises:

a blower component, arranged in the mounting cavity and having a blower body and an air outlet port, wherein the blower body is fixedly mounted on the bottom cover, and the air outlet port is in communication with the air inlet hole;

a circuit board, arranged in the mounting cavity and connected to the bottom cover, and electrically connected to the automatic igniter and the blower component to control start or stop of the automatic igniter and the blower component; and

a power supply, arranged in the mounting cavity and connected to the bottom cover, and electrically connected to the circuit board to supply power to the automatic smoker.

**8**. The automatic smoker according to claim **7**, wherein the bottom cover is defined with a snap-in slot, and the automatic igniter further comprises:

a needle seat comprising an assembly end and an ignition end, wherein the assembly end is arranged in the snap-in slot, the ignition end passes through the snap-in slot and the air inlet port and extends into the combus-

US 12,324,440 B1

15

tion chamber, the needle seat is defined with a hole passing through the assembly end and the ignition end, the ignition needle passes through the hole to allow a needle tip of the ignition needle to be exposed;

a high-voltage component, connected to the circuit board, and connected to the ignition needle through a wire to allow the needle tip of the ignition needle to ignite the combustion medium; and

a fixing cover, provided on one side of the snap-in slot and connected to the bottom cover, wherein the needle seat and a portion of the wire are secured on the bottom cover.

**9.** The automatic smoker according to claim **7**, wherein the circuit board is arranged above the blower component, and a control switch is arranged on one side of the circuit board away from the blower component, and one end surface of the housing away from the bottom cover is defined with a mounting port, and the mounting port is in communication with the mounting cavity;

the smoker body further comprises a switch button, a first part of the switch button is arranged in the mounting cavity and connected to an inner wall of the mounting cavity, a second part of the switch button is movably accommodated in the mounting port, and the switch button abuts against the control switch to trigger the control switch in response to the switch button being pressed.

**10.** The automatic smoker according to claim **7**, wherein a power-off switch is arranged on the circuit board, and the power-off switch is configured to control the smoker body to have a power-on state and a power-off state, the smoker body further comprises a trigger component, the trigger component is arranged in the mounting cavity, one end of the trigger component is connected to the control circuit board, another end of the trigger component passes through an end surface of the bottom cover away from a side of the housing; the base drives the trigger component to activate the power-off switch to allow the smoker body in the power-on state in response to the smoker body being assembled with the base, and the base drives the trigger component to deactivate the power-off switch to allow the smoker body in the power-off state in response to the smoker body being dissembled with the base.

**11.** The automatic smoker according to claim **10**, wherein the bottom cover is defined with a receiving groove, and the trigger component comprises:

a trigger rod having a driving end and a connecting end, wherein the driving end is movably mounted in the receiving groove, and the connecting end is movably connected to the control circuit board; and

an elastic member, sleeved on the trigger rod, wherein one end of the elastic member is connected to the trigger rod, and another end of the elastic member is connected to the circuit board, the elastic member is configured to squeeze the trigger rod to a direction away from the circuit board to allow the trigger component to be reset and the power-off switch to be restored to the power-off state in response to the smoker body and the base being disassembled.

**12.** The automatic smoker according to claim **11**, wherein the trigger rod comprises:

a driving head, movably accommodated in the receiving groove;

a trigger head, connected to the driving head, wherein an end surface of the trigger head away from the driving

16

head is connected to the power-off switch, and the trigger head is capable of moving synchronously with the driving head; and

a connecting rod, connected to an end of the trigger head away from the driving head, wherein an end of the connecting rod away from the trigger head is slidably connected to the circuit board to allow the trigger head to be away from or close to the circuit board.

**13.** The automatic smoker according to claim **1**, wherein the base comprises:

a first base, detachably assembled with the smoker body, wherein the first base comprises a first body and a receiving cup connected to the first body, the receiving cup has an accommodating cavity, an opening of the accommodating cavity is connected to an end surface of the first body close to the smoker body, and a bottom of the accommodating cavity is defined with a smoke outlet hole, and the smoke outlet hole passes through the receiving cup; and

a second base, arranged on one side of the first base away from the smoker body, wherein the second base is detachably assembled with the first body, the second base is defined with an assembly port, and the receiving cup is assembled in the assembly port.

**14.** The automatic smoker according to claim **13**, wherein a first snap-in part is provided on a side of the bottom cover away from the housing, a second snap-in part is provided on a side of the first body close to the housing, and the first snap-in part engages with the second snap-in part to allow the smoker body and the base to be detachably assembled.

**15.** The automatic smoker according to claim **14**, wherein an assembly plate is protruded on one side of the first body close to the smoker body, and an end surface of the bottom cover close to the base is defined with an assembly slot, and the assembly slot is fitted with the assembly plate; the first snap-in part is provided on an inner side wall of the assembly slot, and the second snap-in part is provided on a side of the first body.

**16.** The automatic smoker according to claim **13**, wherein the second base is defined with an assembly port fitted with the receiving cup, the receiving cup comprises a assembly part and a supporting part, the assembly part is detachably mounted on a side wall of the assembly port, the supporting part is connected to a side of the assembly part away from the first body, the supporting part protrudes from an end surface of the second base away from the first body and configured to support the base, and the supporting part is defined with the smoke outlet hole.

**17.** The automatic smoker according to claim **13**, wherein the pipe comprises a pipe body with a flange comprising an anti-slip edge, the pipe body is movably accommodated in the accommodating cavity, the pipe body is defined with the combustion chamber, the at least one smoke outlet port penetrates the pipe body and communicates with the accommodating cavity; and the flange abuts against an end surface of the first body close to the bottom cover.

**18.** The automatic smoker according to claim **17**, wherein a rubber sealing ring is arranged between the anti-slip edge and the first body, and an end surface of the first body close to the bottom cover is defined with an annular groove, and the rubber sealing ring is installed in the annular groove.

\* \* \* \* \*