# EXHIBIT 3

**INFRINGEMENT EVIDENCE**

Each infringing product features a specific circuit board common to all of the Accused Products sold by all Defendants, a fan in the same housing as the circuit board and battery wherein the fan is not centered in the housing, identical wiring schematis, and other claimed components, thereby infringing Plaintiff's Patent in the same manner.

1    SELLER: Weallere    BRAND: Weallere    SELLER ID: A29R8U1LKB45UM

ASIN: B0F5QBKB3G    LINK: https://www.amazon.com/dp/B0F5QBKB3G



1

EXHIBIT 3 TO THE COMPLAINT    Case No. 1:25-cv-12095

**INFRINGEMENT EVIDENCE**

Each infringing product features a specific circuit board common to all of the Accused Products sold by all Defendants, a fan in the same housing as the circuit board and battery wherein the fan is not centered in the housing, identical wiring schematis, and other claimed components, thereby infringing Plaintiff's Patent in the same manner.

2. SELLER: FLYENG   BRAND: BBYYAIYL   SELLER ID: A1FN80JIFM7KZE
   ASIN: B0F7LBF81V   LINK: https://www.amazon.com/dp/B0F7LBF81V





2

EXHIBIT 3 TO THE COMPLAINT                                         Case No. 1:25-cv-12095

**INFRINGEMENT EVIDENCE**

Each infringing product features a specific circuit board common to all of the Accused Products sold by all Defendants, a fan in the same housing as the circuit board and battery wherein the fan is not centered in the housing, identical wiring schematis, and other claimed components, thereby infringing Plaintiff's Patent in the same manner.

3.     SELLER: MoYunHai      BRAND: Generic      SELLER ID: A3TW3X24T9BWT8
    ASIN: B0F48FFQWP      LINK: https://www.amazon.com/dp/B0F48FFQWP





3

EXHIBIT 3 TO THE COMPLAINT      Case No. 1:25-cv-12095